E. MARTIN ESTRADA
United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ALEXIS D. GREGORIAN
Assistant Chief
JUSTIN P. GIVENS
ALEXANDRA MICHAEL
Trial Attorneys
    United States Department of Justice
    Criminal Division, Fraud Section
    300 N. Los Angeles St., Suite 2001
    Los Angeles, California 90012
    Telephone: (202)768-1172 (Gregorian); (202)880-2234 (Givens);
    (202)913-4777 (Michael)
    E-mail:    Alexis.Gregorian@usdoj.gov
                Justin.Givens@usdoj.gov
                Alexandra.Michael@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-375-AB |
|     Plaintiff, | JOINT STATEMENT OF THE CASE |
|     v. | |
| IRINA SADOVSKY,<br>    aka "Irina Bekerman," | Trial Date: September 27, 2022<br>Trial Time: 8:30 a.m.<br>Place: 7B |
|     Defendant. | |

Pursuant to the Court's Order at the Pretrial Conference on September 9, 2022, The United States, by and through its counsel of record, the Criminal Division, Fraud Section of the United States Department of Justice, and counsel for defendant Irina Sadovsky, Vicki Podberesky, hereby submits the following Joint Statement of the Case.

1

Dated: September 20, 2022          Respectfully submitted,

                                    STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division


                                         /s/
                                 _____
ALEXANDRA MICHAEL
JUSTIN P. GIVENS
ALEXIS D. GREGORIAN
Attorneys for Plaintiff
United States of America

Dated: September 20, 2022          /s/
                                 _____
VICKI PODBERESKY
Counsel for Defendant
Irina Sadovsky

**JOINT STATEMENT OF THE CASE**

This case is a criminal case alleging health care fraud against Medicare and Medicaid of California ("Medi-Cal") benefit programs, unlicensed wholesale distribution of prescription drugs, and payment of kickbacks for health care referrals. Defendant Irina Sadovsky is charged with two counts of conspiracy to commit health care fraud, four counts of health care fraud, one count of conspiracy to engage in the unlicensed wholesale distribution of prescriptions drugs, one count of unlicensed wholesale distribution of prescription drugs, one count of conspiracy to pay and receive kickbacks for health care referrals, and four counts of payment of kickbacks for health care referrals. Defendant has pleaded not guilty to all of the charged crimes.

Count One alleges that defendant conspired with Yigal Keren, Shahriar ("Michael") Kalantari, and others to commit a scheme to defraud Medicare and Medi-Cal by creating or obtaining false prescriptions from prescriber Y. K.[1] for HIV and other prescription drugs, submitting fraudulent claims through Five Star Pharmacy and Ultimate Pharmacy to Medicare and Medi-Cal for these prescriptions drugs that were never dispensed to beneficiaries, and then selling the prescription drugs on the black market. Counts Two through Four allege three specific executions of this scheme.

Count Five alleges that defendant conspired with Yigal Keren, Mikhail Khanukhov, and Shahriar ("Michael") Kalantari and others to

---

[1] The government will provide the Court with a version with complete names for each set of initials included in this filing before jury selection and trial.

engage in the unlicensed wholesale distribution of prescription drugs. The conspiracy included: creating or obtaining false prescriptions for drugs, submitting fraudulent claims through Five Star Pharmacy and Ultimate Pharmacy to Medicare and Medi-Cal for prescriptions drugs that were never dispensed to beneficiaries, ordering those prescription drugs from wholesalers, and distributing them for re-sale on the black market when neither the defendant nor the Pharmacies were licensed as prescription drug wholesalers in the State of California.

Count Six alleges that on or about February 8, 2017, defendant and Yigal Keren engaged in and caused others to engage in the wholesale distribution of prescription drugs when neither defendant, Yigal Keren, nor the Pharmacies were licensed as prescription drug wholesalers in the State of California.

Count Seven alleges that defendant conspired with Yigal Keren and others in a scheme to defraud Medicare and Medi-Cal by obtaining false prescriptions from physician B. T. for drugs, ordering those prescription drugs from wholesalers, submitting fraudulent claims through Five Star Pharmacy and Ultimate Pharmacy to Medicare and Medi-Cal for those prescription drugs that were never dispensed to beneficiaries and selling the prescription drugs on the black market. Count Eight alleges a specific execution of this scheme.

Count Nine alleges that defendant conspired with Andrei Sotnikov, Nida Rosales, Juan Carlos Enriquez and others to pay and receive illegal kickbacks in exchange for the referral of patient prescriptions to Five Star Pharmacy and Ultimate Pharmacy.

Counts Thirteen Through Fifteen allege that defendant paid kickbacks via checks to marketers Andrei Sotnikov, Nida Rosales, and Juan Carlos Enriquez in exchange for health care referrals.

Counts Sixteen and Seventeen allege that defendant paid kickbacks in the form of U.S. Bank reward cards in exchange for Y. U. and I. G. providing and furnishing prescriptions to Five Star Pharmacy and Ultimate Pharmacy.